Certificate Number: 05781-NJ-DE-038421751

Bankruptcy Case Number: 24-13586

05781-NJ-DE-038421751

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2024, at 5:33 o'clock PM PDT, Sandy Brandt completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 27, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President